Laurent R.G. Badoux (NV Bar No. 007265)
LBadoux@Buchalter.com
BUCHALTER, a Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ  85254-1754
Telephone: (480) 383-1800
Fax: (480) 824-9400
*Attorneys for Keolis Transit America Inc.
  and Kelvin Manzanares*

# UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MENDOZA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>AMALGAMATED TRANSIT UNION INTERNATIONAL, a nonprofit corporation, et al.,<br><br>        Defendants. | Case No. 2:18-cv-959-JCM-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS TO AMENDED COMPLAINT (First Request)** |

Plaintiffs, and Defendants Keolis Transit America Inc. and Kelvin Manzanares (collectively the "Keolis Defendants"), by and through their undersigned counsel, hereby stipulate that following discussions between the Parties and in an effort to harmonize deadlines applicable to all named and served Defendants, the Parties have agreed that all served Defendants shall have until September 25, 2018 to file their responsive pleadings to the Amended Complaint.

In so doing, the Parties believe that using a common date for the filing of all responsive pleadings will assist in scheduling all subsequent case management milestones in the case while providing adequate time for all Defendants to prepare their responsive pleadings. In addition, attorneys for Miller, Kaplan & Arase, Anne Salvador and

Alexandra Chernyak (jointly referred to as "MKA Defendants") are in the process of securing local counsel and will be submitting pro hac vice applications in conjunction with their representation before filing any responsive pleadings for the MKA Defendants.

This is the first stipulation to extend the deadline for Defendants to file responsive pleadings to the Amended Complaint.

DATED this 29th day of August, 2018.

**MICHAEL J. MCAVOYAMAYA, ESQ.**

By: */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya
*Michael.Mcavoyamaya@gmail.com*
*Attorney for Plaintiffs*

**CHRISTENSEN JAMES & MARTIN**

By: */s/ Evan James*
Evan James, Esq.
*elj@clmlv.com*
*Attorney for Defendants Amalgamated Transit Union International, James Lindsay III, Lawrence J. Hanley, Antonette Bryant, Richie Murphy, Keira McNett, Daniel Smith, and Tyler Home*

**HALL, JAFFE & CLAYTON, LLP**

By: */s/ Riley A. Clayton*
Riley A. Clayton, Esq.
*rclayton@lawhjc.com*
*Attorneys for MKA Defendants*

IT IS SO ORDERED.
Dated: August 29, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

**BUCHALTER,**
**A PROFESSIONAL CORPORATION**

By: */s/ Laurent R.G. Badoux*
Laurent R.G. Badoux, Esq.
*LBadoux@Buchalter.com*
*Attorneys for Keolis Defendants*