**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com

*Attorneys for Defendants Amalgamated Transit Union International, James Lindsay III, Lawrence J. Hanley, Antonette Bryant, Richie Murphy, Keira McNett, Daniel Smith, and Tyler Home*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MENDOZA JR., *et al.*,<br>Plaintiffs,<br><br>vs.<br>AMALGAMATED TRANSIT UNION INTERNATIONAL, *et al.*<br><br>Defendants. | CASE NO.: 2:18-CV-00959-JCM-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS TO AMENDED COMPLAINT (FIRST REQUEST CLARIFIED)** |

Plaintiffs, and Defendants Amalgamated Transit Union International, James Lindsay III, Lawrence J. Hanley, Antonette Bryant, Richie Murphy, Keira McNett, Daniel Smith, and Tyler Home ("ATU Defendants"); Keolis Transit America Inc. and Kelvin Manzanares ("Keolis Defendants"); and Miller Kaplan & Arase, Anne Salvador, and Alexandra Chernyak ("MKA Defendants"), by and through their undersigned counsel, hereby stipulate that all Parties intended, by filing ECF No. 15 (First Stipulation for Extension of Time), to extend all Defendants' deadlines for responsive pleadings until September 25, 2018. The parties acknowledge that there may have been some ambiguity in how the First Stipulation for Extension of Time, which the Court ordered at ECF No. 16, was worded, because the ATU Defendants waived service of process pursuant to Fed. R. Civ. P. 4(d) and were not personally served with process. Accordingly, the Parties now stipulate that all Defendants, regardless of

whether they were personally served or waived service of process, have until September 25, 2018, to file their responsive pleadings to the Amended Complaint.

This is a clarification of the parties' first stipulation for extension of time to file responsive pleadings to the Amended Complaint.

DATED this 7th day of September, 2018.

**MICHAEL J. MCAVOYAMAYA, ESQ.**

By: */s/ Michael J. Mcavoyamaya*
    Michael J. Mcavoyamaya
    *mmcavoyamayalaw@gmail.com*
    *Attorney for Plaintiffs*

**CHRISTENSEN JAMES & MARTIN**

By: */s/ Evan James*
    Evan James, Esq.
    *elj@cjmlv.com*
    *Attorney for ATU Defendants*

**HALL, JAFFE & CLAYTON, LLP**

By: */s/ Riley A. Clayton*
    Riley A. Clayton, Esq.
    *rclayton@lawhjc.com*
    *Attorney for MKA Defendants*

**BUCHALTER,**
**A PROFESSIONAL CORPORATION**

By: */s/ Laurent R.G. Badoux*
    Laurent R.G. Badoux, Esq.
    *LBadoux@Buchalter.com*
    *Attorney for Keolis Defendants*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
NANCY J. KOPPE
DATED: September 11, 2018