Laurent R.G. Badoux (NV Bar No. 007265)
LBadoux@Buchalter.com
BUCHALTER, a Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Fax: (480) 824-9400
*Attorneys for Keolis Transit America Inc.
 and Kelvin Manzanares*

# UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MENDOZA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMALGAMATED TRANSIT UNION INTERNATIONAL, a nonprofit corporation, et al., <br><br> Defendants. | Case No. 2:18-cv-959-JCM-CWH <br><br> **JOINT UNOPPOSED EMERGENCY MOTION FROM KEOLIS DEFENDANTS AND PLAINTIFFS REQUESTING LEAVE TO TAKE DEPOSITION OF KEOLIS 30(B)(6) REPRESENTATIVE AND DEFENDANT MANZANARES OUTSIDE OF PRESCRIBED DISCOVERY TIMEFRAME** |

Here now come KTA Defendants and Plaintiffs and jointly, as Moving Parties, request that they be allowed to schedule two depositions beyond the current April 15, 2019 deadline for purposes of discovery cutoff in the captioned action. To the extent required under the standards of Local Rule 26-4, "good cause" exists for taking these depositions outside of the discovery deadline for the following reasons. After an initial error, Plaintiffs submitted timely requests for production, to which KTA Defendants timely objected. The Parties agreed to a compromise as to their dispute regarding said requests for production, but the process of gathering the responsive documents has proved more time-consuming than expected.

This process was further hindered by counsel for KTA Defendants (who is the lone legal representatives for the KTA Defendants in this action), having to take leave to arrange and attend his mother's funeral on or around March 16, 2019. The absence from work of KTA Defendants' counsel in conjunction with the funeral services for his mother during the period when the documents needed to be reviewed was an intervening life circumstance out of the control of the KTA Defendants and defense counsel that delayed the search, review and production of discovery. The KTA Defendants and Plaintiffs agree that the KTA depositions should be taken outside the discovery schedule, and the remaining Defendants all have specifically represented they do not oppose this request. Consequently, there is no prejudice to any party herein or other impact to the schedule in place for any other facet of this litigation matter, which further minimizes most of the typical concerns in such circumstances, and further satisfies the elements of LR 26-4. The Moving Parties acted in good faith and seek only a limited extension of time to take the depositions that will not substantially affect the other deadlines.

The Moving Parties concur that Plaintiffs want and are entitled to review documents that KTA Defendants are in the process of gathering in anticipation of the previously requested depositions of a Keolis 30(b)(6) representative and Defendant Manzanares. The Moving Parties understand and agree that they will not be allowed beyond April 30, 2019 to complete the two depositions so as to avoid any conflict with other existing deadlines in the case, and that this request has no impact upon, and is intended to have none, over any other discovery or deadline in this case.

Counsel for MKA and ATU Defendants were consulted and do not oppose the foregoing request.

For the foregoing reasons, the Moving Parties believe good cause and/or excusable neglect is present under the current circumstances in support of their request.

BN 36111667v3

DATED this 5th day of April, 2019.

| | |
|---|---|
| **MICHAEL J. MCAVOYAMAYA** | **BUCHALTER,**<br>**A PROFESSIONAL CORPORATION** |
| By: */s/ Michael J. Mcavoyamaya*<br>Michael J. Mcavoyamaya<br>mmcavoyamayalaw@gmail.com<br>*Attorneys for Plaintiffs* | By: */s/ Laurent R.G. Badoux*<br>Laurent R.G. Badoux, Esq.<br>LBadoux@Buchalter.com<br>*Attorneys for Keolis Transit America Inc. and Kelvin Manzanares* |

**It IS ORDERED THAT Moving Parties shall have until April 30, 2019 to complete the two outstanding depositions of Kelvin Manzanares and Keolis Transportation's 30(b)(6) corporate representatives;**

**IT IS FURTHER ORDERED THAT no other date or obligations of the Parties under the current scheduling order is affected or changed by this order.**

Dated: April 8, 2019

_____
UNITED STATES MAGISTRATE JUDGE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 5th day of April, 2019, to:

Michael J. Mcavoyamaya, Esq.
4539 Paseo Del Ray
Los Vegas, NV  89121
*Attorney for Plaintiff*

Evan L. James, Esq.
Christensen James & Martin
7440 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for ATU Defendants*

Bruce R. Lerner, Esq.
Ramya Ravindran, Esq.
Georgina Yeomans, Esq.
Bredhoff & Kaiser
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
*Attorneys for ATU Defendants*

Riley A. Clayton, Esq.
Hall Jaffe & Clayton, LLP
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for MKA Defendants*

Stephen James Tully
Efren A. Compean
Garrett & Tully, P.C.
225 South Lake Avenue, Suite 1400
Pasadena, California 91101
*Attorneys for MKA Defendants*

*/s/ Lori Harpel*