Laurent R.G. Badoux (NV Bar No. 007265)
LBadoux@Buchalter.com
BUCHALTER, a Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ  85254-1754
Telephone: (480) 383-1800
Fax: (480) 824-9400
*Attorneys for Keolis Transit America Inc.
  and Kelvin Manzanares*

# UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MENDOZA, et al., | Case No. 2:18-cv-959-JCM-CWH |
| Plaintiffs, | |
| v. | ***CORRECTED* SECOND UNOPPOSED JOINT EMERGENCY MOTION FROM KEOLIS DEFENDANTS AND PLAINTIFFS REQUESTING LEAVE TO TAKE DEPOSITION OF KEOLIS 30(B)(6) REPRESENTATIVE OUTSIDE OF PRESCRIBED DISCOVERY TIMEFRAME AND FOR EXTENSION OF DISPOSITIVE MOTION FILING DATE** |
| AMALGAMATED TRANSIT UNION INTERNATIONAL, a nonprofit corporation, et al., | |
| Defendants. | |

Here now come KTA Defendants and Plaintiffs and jointly, as Moving Parties, request that they be allowed to schedule the Keolis 30(b)(6) deposition beyond the current April 30, 2019 deadline, but not later than May 10, 2019, for purposes of discovery cutoff in the captioned action.  To the extent required under the standards of Local Rule 26-4, "good cause" exists for taking this deposition outside of the discovery deadline for the following reasons. Following the prior requests, both sides have cooperated to complete discovery, including exchange of responsive documents and scheduling the deposition of Defendant Kelvin Manzanares.  However, due to scheduling limitations and family issues affecting Keolis' 30(b)(6) representative and counsel for Keolis, the Moving Parties need a

brief extension to complete the last outstanding deposition, namely the deposition of Keolis's 30(b)(6) representative(s). The Moving Parties acted in good faith; they seek only a limited extension of time to take the last outstanding deposition with minimal impact upon the remainder of the case, including deadlines affecting other parties, which were consulted in the preparation of this Motion.

The Moving Parties understand and agree that they will not be allowed beyond May 10, 2019 to complete the deposition, and that all other discovery elements (production of documents, fact witness deposition) has been or will be completed by April 30, as previously ordered. Additionally, due to the fact that the 30(b)(6) deposition must now be taken in May, the parties agree to a two-week extension, until May 30, 2019, to file dispositive motions to permit time to receive and review the 30(b)(6) witness deposition transcript.

The Moving Parties have consulted with the other parties to this action as to the relief requested herein and they indicate that they do not oppose the instant motion.

For the foregoing reasons, the Moving Parties believe good cause and/or excusable neglect is present under the current circumstances in support of their request.

DATED this 29th day of April, 2019.

**MICHAEL J. MCAVOYAMAYA**

By: _/s/ Michael J. Mcavoyamaya_
    Michael J. Mcavoyamaya
    mmcavoyamayalaw@gmail.com
    *Attorneys for Plaintiffs*

**BUCHALTER,**
**A PROFESSIONAL CORPORATION**

By: _/s/ Laurent R.G. Badoux_
    Laurent R.G. Badoux, Esq.
    LBadoux@Buchalter.com
    *Attorneys for Keolis Transit America*
    *Inc. and Kelvin Manzanares*

Buchalter
A Professional Corporation
Scottsdale

BN 36284165v3

It IS ORDERED THAT Moving Parties shall have until May 10, 2019 to complete the outstanding deposition of Keolis Transportation's 30(b)(6) corporate representatives;

IT IS FURTHER ORDERED THAT the Parties shall have until May 30, 2019 to file dispositive motions;

IT IS FURTHER ORDERED THAT no other date or obligations of the Parties under the current scheduling order is affected or changed by this order.

Dated: April 30, 2019

_____
UNITED STATES MAGISTRATE JUDGE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 29th day of April, 2019, to:

Michael J. Mcavoyamaya, Esq.
4539 Paseo Del Ray
Los Vegas, NV 89121
*Attorney for Plaintiff*

Evan L. James, Esq.
Christensen James & Martin
7440 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for ATU Defendants*

Bruce R. Lerner, Esq.
Ramya Ravindran, Esq.
Georgina Yeomans, Esq.
Bredhoff & Kaiser
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
*Attorneys for ATU Defendants*

Riley A. Clayton, Esq.
Hall Jaffe & Clayton, LLP
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for MKA Defendants*

Stephen James Tully
Efren A. Compean
Garrett & Tully, P.C.
225 South Lake Avenue, Suite 1400
Pasadena, California 91101
*Attorneys for MKA Defendants*


*/s/ Lori Harpel*

BUCHALTER
A PROFESSIONAL CORPORATION
SCOTTSDALE

BN 36284165v3